UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:  Case No.
 Chapter 7 (I)

Brian Dickens,

      Debtor.

_____/

## MOTION TO TRANSFER VENUE TO THE PENSACOLA DIVISION

COMES NOW the Debtor by and through his attorney of record and respectfully requests this Honorable Court to move the venue of the Debtor's Chapter 7 (I) bankruptcy case to the Pensacola Division and in support thereof states as follows:

1. This case was originally filed on June 3, 2021.

2. Debtor lives in Caryville, FL, which falls into the jurisdiction of the Panama City Division of the Northern District of Florida.

3. It is more convenient for Debtor's Attorney to attend Court in Pensacola for the 341 Meeting of Creditors. There is not much difference in travel time for the Debtor between attending Court in either Pensacola or Tallahassee.

1

4.   Debtor states that there shall not be any prejudice to any creditors by changing the venue to Pensacola.

WHEREFORE PREMISES CONSIDERED, the Debtor prays this Honorable Court will transfer the venue of his Chapter 7 (I) case to the Pensacola Division of the Northern District and for such other, further, and different relief as may be appropriate under the circumstances.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney for Debtor

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794
Email: landj@4-debtor.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Transfer Venue has been submitted to those listed below by electronic email or by first class mail, postage prepaid on this the 3rd day of June 2021.

_____
OF COUNSEL

Office of United State Trustee
USTPRegion21.TL.ECF@usdoj.gov

Brian Dickens
5893 Douglas Ferry Rd
Caryville, FL  32427

3