United States Bankruptcy Court

Northern District of Florida

In re:  
Brian Randolph Dickens  
    Debtor

Case No. 21-30366-KKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 04, 2021      Form ID: b309a      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Randolph Dickens, 5893 Douglas Ferry Rd., Caryville, FL 32427-2347 |
| tr | + | Karin A. Garvin, 1801 W. Garden Street, Pensacola, FL 32502-4417 |
| smg | + | U.S. Attorney (Pensacola Office), 21 E. Garden Street #400, Pensacola, FL 32502-5675 |
| smg | + | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301-7736 |
| 2404131 | | BB&T, 114400 PANAMA CITY BEACH PKWY, PANAMA CITY BEACH, FL 32407 |
| 2404136 | + | EQUIFAX (DISPUTES), PO BOX 740256, ATLANTA, GA 30374-0256 |
| 2404137 | + | EXPERIAN, 475 ANTON RD, COSTA MESA, CA 92626-7037 |
| 2404138 | + | HRRG, P.O. BOX 8486, CORAL SPRINGS, FL 33075-8486 |
| 2404140 | + | SEQUIUM ASSET SOLUTION/AT&T, 1130 N CHASE PKWY SE STE 150, MARIETTA, GA 30067-6429 |
| 2404141 | + | TRANSUNION (DISPUTES), P.O. BOX 900, WOODLYN, PA 19094-0900 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: landj@4-debtor.com | Jun 05 2021 01:04:00 | Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox St., Pensacola, FL 32501 |
| smg | | EDI: FLDEPREV.COM | Jun 05 2021 02:48:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Jun 05 2021 02:48:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Jun 05 2021 01:04:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 2404130 | | EDI: BANKAMER.COM | Jun 05 2021 02:48:00 | BANK OF AMERICA, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 982238, EL PASO, TX 79998 |
| 2404133 | | Email/Text: bankruptcy@bbandt.com | Jun 05 2021 01:04:00 | BB&T BANK, P.O. BOX 2306, WILSON, NC 27894 |
| 2404132 | + | Email/Text: bankruptcy@bbandt.com | Jun 05 2021 01:04:00 | BB&T, ATTN: BANKRUPTCY DEPT, P.O. BOX 580302, CHARLOTTE, NC 28258-0302 |
| 2404134 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 05 2021 01:04:00 | CHEX SYSTEMS, ATTN: CUSTOMERS RELATIONS, 7805 HUDSON RD., STE 100, SAINT PAUL, MN 55125-1703 |
| 2404135 | + | EDI: DISCOVER.COM | Jun 05 2021 02:48:00 | DISCOVER FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 2404139 | | Email/Text: camanagement@mtb.com | Jun 05 2021 01:04:00 | M&T Bank, P.O. Box 64679, BALTIMORE, MD 21264 |
| 2404142 | + | EDI: WFFC.COM | Jun 05 2021 02:48:00 | WELLS FARGO, ATTN: BANKRUPTCY DEPARTMENT, 1 HOME CAMPUS, DES MOINES, IA 50328-0001 |

| | | |
|---|---|---|
| District/off: 1129-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: b309a | Total Noticed: 21 |
| TOTAL: 11 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021                                 Signature:            /s/Joseph Speetjens

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian Randolph Dickens** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3586** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | | Date case filed for chapter **7**   **6/3/21** |
| Case number:   **21–30366–KKS** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. Anyone can register for the Electronic Bankruptcy Noticing program at https://bankruptcynotices.uscourts.gov/ to quickly receive court–issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Randolph Dickens | |
| 2. | **All other names used in the last 8 years** | aka Brian R. Dickens | |
| 3. | **Address** | 5893 Douglas Ferry Rd. <br> Caryville, FL 32427 | |
| 4. | **Debtor's attorney** <br> Name and address | Martin S. Lewis <br> Lewis & Jurnovoy, P.A. <br> 1100 North Palafox St. <br> Pensacola, FL 32501 | Contact phone 850 / 432–9110 <br><br> Email: landj@4–debtor.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Karin A. Garvin <br> 1801 W. Garden Street <br> Pensacola, FL 32502 | Contact phone 850–437–5577 <br><br> Email: trustee@kgarvinlaw.com |

**For more information, see page 2 >**

Debtor **Brian Randolph Dickens**  Case number **21–30366–KKS**

| 6. | **Bankruptcy clerk's office** | 110 E. Park Ave., Ste. 100 | Hours open 9:00am – 4:00pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Tallahassee, FL 32301 | Contact phone 1–866–639–4615 |
| | | | Date: 6/4/21 |
| 7. | **Meeting of creditors** | **July 15, 2021 at 11:30 AM, CT** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of Social Security Number required *** | **Meeting will be telephonic. Dial (877), 518–3229 and enter 2832468, when prompted for participation code.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 9/13/21 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |