**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:                                                                    Case No. 21-30366-KKS
                                                                                 Chapter 7 (I)

Brian Randolph Dickens,

　　　　Debtor.

**CERTIFICATE OF SERVICE**

　　　I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Transfer Venue (Doc. 11) has been sent by first class mail to: Brian Randolph Dickens, 5893 Douglas Ferry Rd., Caryville, FL  32427 and by the Court's CM/ECF notice of electronic filing to: Karin A. Garvin, Chapter 7 Trustee: trustee@kgarvinlaw.com and Office of United State Trustee: USTPRegion21.TL.ECF@usdoj.gov

Respectfully Submitted this the 11th day of June 2021.

　　　　　　　　　　　　　　　　　　　 /s/ Martin S. Lewis_____
　　　　　　　　　　　　　　　　　　　Martin S. Lewis, FL Bar N. 0100587
　　　　　　　　　　　　　　　　　　　Steven D. Jurnovoy, FL Bar No. 938221

OF COUNSEL:
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794
Email: landj@4-debtor.com

1