United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-30366-KKS |
| Brian Randolph Dickens | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Randolph Dickens, 5893 Douglas Ferry Rd., Caryville, FL 32427-2347 |
| 2404131 | | BB&T, 114400 PANAMA CITY BEACH PKWY, PANAMA CITY BEACH, FL 32407 |
| 2404136 | + | EQUIFAX (DISPUTES), PO BOX 740256, ATLANTA, GA 30374-0256 |
| 2404137 | + | EXPERIAN, 475 ANTON RD, COSTA MESA, CA 92626-7037 |
| 2404138 | + | HRRG, P.O. BOX 8486, CORAL SPRINGS, FL 33075-8486 |
| 2404140 | + | SEQUIUM ASSET SOLUTION/AT&T, 1130 N CHASE PKWY SE STE 150, MARIETTA, GA 30067-6429 |
| 2404141 | + | TRANSUNION (DISPUTES), P.O. BOX 900, WOODLYN, PA 19094-0900 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Sep 15 2021 03:38:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Sep 15 2021 03:38:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Sep 14 2021 23:37:00 | U.S. Attorney (Pensacola Office), 21 E. Garden Street #400, Pensacola, FL 32501 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Sep 14 2021 23:37:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Sep 14 2021 23:37:00 | BB&T Now Truist, BB&T now Truist, PO Box 1847, Wilson, nc 27894-1847 |
| 2404130 | | EDI: BANKAMER.COM | Sep 15 2021 03:38:00 | BANK OF AMERICA, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 982238, EL PASO, TX 79998 |
| 2404133 | | Email/Text: bankruptcy@bbandt.com | Sep 14 2021 23:37:00 | BB&T BANK, P.O. BOX 2306, WILSON, NC 27894 |
| 2404132 | + | Email/Text: bankruptcy@bbandt.com | Sep 14 2021 23:37:00 | BB&T, ATTN: BANKRUPTCY DEPT, P.O. BOX 580302, CHARLOTTE, NC 28258-0302 |
| 2404134 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 14 2021 23:37:00 | CHEX SYSTEMS, ATTN: CUSTOMERS RELATIONS, 7805 HUDSON RD., STE 100, SAINT PAUL, MN 55125-1703 |
| 2404135 | + | EDI: DISCOVER.COM | Sep 15 2021 03:38:00 | DISCOVER FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 2404139 | | Email/Text: camanagement@mtb.com | Sep 14 2021 23:37:00 | M&T Bank, P.O. Box 64679, BALTIMORE, MD 21264 |
| 2404142 | + | EDI: WFFC.COM | Sep 15 2021 03:43:00 | WELLS FARGO, ATTN: BANKRUPTCY DEPARTMENT, 1 HOME CAMPUS, DES MOINES, IA 50328-0001 |

| | | |
|---|---|---|
| District/off: 1129-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: 318 | Total Noticed: 19 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karin A. Garvin | trustee@kgarvinlaw.com  rrichter@kgarvinlaw.com;FL61@ecfcbis.com;kag@trustesolutions.net |
| Martin S. Lewis | on behalf of Debtor Brian Randolph Dickens landj@4-debtor.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian Randolph Dickens** | Social Security number or ITIN  **xxx–xx–3586** |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Florida** | | |
| Case number:  **21–30366–KKS** | | |

# Order of Discharge                                                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Randolph Dickens
aka Brian R. Dickens

9/14/21                                                                                    **By the court:**   <u>Karen K. Specie</u>
                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                                   **Order of Discharge**                                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**